

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HANNAH J. SAROKIN
(212) 356-8761
hsarokin@law.nyc.gov

April 1, 2022

> The request is granted. The conference is adjourned until May 5, 2022 at 11:30 AM. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: April 4, 2022
> New York, New York

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *T.F. and S.F. individually, and on behalf of I.F. v. New York City Department of Education and Richard A. Carranza, in his official capacity as the Chancellor of the New York City Department of Education*, 20-CV-10733 (ER) (KHP)

Dear Judge Ramos:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants New York City Department of Education (DOE) and former DOE Chancellor Richard A. Carranza (collectively, "Defendants") in the above-captioned action. I write, jointly with Plaintiffs' counsel to respectfully request an adjournment of the Initial Case Management and Scheduling Conference, presently scheduled for April 5, 2022.

  Plaintiffs commenced this action on December 18, 2020, seeking judicial review of the decision of the State Review Officer pursuant to the Individuals with Disabilities Education Act (IDEA), as well as attorneys' fees, costs, and expenses for legal work on the underlying administrative hearing and instant federal action.

  The parties are currently engaged in settlement negotiations and are optimistic that this matter may be resolved through a negotiated settlement and without need for judicial intervention. The parties wish to continue to work in good faith to resolve this matter, and respectfully request that the Initial Case Management and Scheduling Conference be adjourned 30 days, until May 5, 2022. If a settlement is reached, the parties will immediately notify the Court.

Thank you for your consideration of this request.

Respectfully submitted,

s/_____
Hannah J. Sarokin
Assistant Corporation Counsel

cc:   Lauren A. Baum (by ECF)
      Plaintiffs' counsel