

# MEMO ENDORSED

**THE CITY OF NEW YORK**

## LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**HANNAH J. SAROKIN**
(212) 356-8761
hsarokin@law.nyc.gov

May 3, 2022

> The conference scheduled for May 5, 2022 is adjourned.  The parties
> are instructed to provide an update no later than June 2, 2022.
>
> SO ORDERED.
>
> _____
>
> Edgardo Ramos, U.S.D.J
>
> Dated:   May 3, 2022
>
> New York, New York

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *T.F. and S.F. individually, and on behalf of I.F. v. New York City
Department of Education and Richard A. Carranza, in his official capacity
as the Chancellor of the New York City Department of Education*, 20-CV-
10733 (ER) (KHP)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of
the City of New York, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants New York City
Department of Education (DOE) and former DOE Chancellor Richard A. Carranza (collectively,
"Defendants") in the above-captioned matter, in which Plaintiffs' seek judicial review of the
determination of a State Review Officer and various other relief pursuant to the Individuals with
Disabilities Education Act. I write, jointly with Plaintiffs' counsel, to respectfully request that the
Initial Pretrial Conference currently scheduled for May 5, 2022 be adjourned *sine die*[1] and that the
parties submit a joint status letter no later than June 2, 2022.

The reason for the requested adjournment is that the parties are currently engaged
in settlement negotiations and are optimistic that this matter may be resolved through a negotiated
settlement and without need for judicial intervention. The parties wish to continue to work in good
faith to resolve this matter.

---

[1] The parties also request that the joint letter and proposed case management plan be similarly
adjourned.

This is the parties' second request for an adjournment, which, if granted, would not affect any other deadline. Accordingly, the parties respectfully request that the Initial Pretrial Conference be adjourned *sine die* and that the parties submit a joint status letter no later than June 2, 2022.

Thank you for your consideration of this request.

Respectfully submitted,

s/ _____

Hannah J. Sarokin
Assistant Corporation Counsel

cc:    Lauren A. Baum (by ECF)
       Plaintiffs' counsel

2